7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Martin R Veatch (TRNSFD TO WESTERN DIV)<br>*Debtor* | *Bankruptcy Case No.*<br>12–50054–jwv7 |
| **Bruce E. Strauss, Trustee**<br>    Plaintiff(s) | *Adversary Case No.*<br>12–04044–jwv |
| v. | |
| **Ann Whitty**<br>    Defendant(s) | |

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that a default judgment be entered
against Defendant determining that the alleged lien in the 2004 Mercury Marquis is a preferential transfer; avoiding the alleged security interest of the defendant; avoiding the alleged lien of defendant; releasing the alleged lien of Ann Whitty and awarding plaintiff costs of this adversary action.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.



Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk

Date of issuance: 5/21/12

Court to serve